UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD POOLE, individually, and on behalf of a class of all others similarly situated,

    Plaintiff,

vs.      Case No. 3:06-cv-327-J-33MMH

PEOPLE'S CHOICE HOME LOAN, INC., a foreign corporation, and THE WEEKS APPRAISAL GROUP, INC., a Florida corporation,

    Defendants.
_____

## ORDER

This cause comes before the Court pursuant to the Motion to Dismiss, Strike and/or for More Definite Statement of Defendant The Weeks Appraisal Group, Inc. (Doc. #13), filed on April 18, 2006. Poole filed a response (Doc. #22) on April 28, 2006.

Subsequent to filing the motion to dismiss, Weeks' co-defendant, People's Choice, filed a motion to compel arbitration. Weeks filed a motion to adopt the motion to compel arbitration. (Doc. #18.) The Court granted the motion (Doc. #47.)

Poole has alleged that the signatures on the four arbitration agreements, subject of the motion to compel arbitration, are forgeries. On October 25, 2006, the Court entered an order providing that the Court would hold a hearing as to the authenticity of the signatures. As such, the Court denied without prejudice People's Choice's motion to compel arbitration. Pending

the outcome of this hearing, the Court may compel arbitration of Poole's claims against People's Choice. Should that occur, and if the Court finds that Poole's claims against Weeks are also referrable to arbitration, the Court will compel the arbitration of Poole's claims against Weeks. In that event, the Court will not have jurisdiction to rule on the motion to dismiss. For the foregoing reasons, the Court denies the motion without prejudice with leave to re-file if the Court does not compel Poole to arbitrate his claims against Weeks.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

The Motion to Dismiss, Strike and/or for More Definite Statement of Defendant the Weeks Appraisal Group, Inc. (Doc. #13) is **DENIED** without prejudice with leave to re-file if the Court does not compel Poole to arbitrate his claims against Weeks.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 25th day of October, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All of Counsel of Record